UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MARK BOETTIGHEIMER, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )  No. 4:11CV2 DDN |
| | ) |
| JEFF NORMAN, | ) |
| | ) |
| Respondent. | ) |

## ORDER OF DISMISSAL

This matter is before the Court upon review of petitioner's response to the order to show cause.[1] Having carefully reviewed petitioner's response, the Court concludes that his arguments are without merit and that the instant action is time-barred under 28 U.S.C. § 2244(d).

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's application for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DENIED**. Rule 4 of the Rules Governing § 2254 Proceedings.

---

[1]On February 3, 2011, the Court ordered petitioner to show cause as to why the Court should not dismiss the instant application for writ of habeas corpus as time-barred. Petitioner's motion for application for writ of habeas corpus was filed more than nine years after his state court conviction became final.

**IT IS FURTHER ORDERED** that the Court will not issue a Certificate of Appealability.

Dated this 23rd day of March, 2011.

/s/ Jean C. Hamilton
JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE